JOHNSON et al. v. SCHMIDT. (Circuit Court of Appeals, Sixth Circuit. January 5, 1900.) No. 740. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. John F. McNutt, for plaintiffs in error. No opinion. Judgment of circuit court affirmed.

KILGORE'S ADM'R v. STANLEY. (Circuit Court of Appeals, Fifth Circuit. December 24, 1897.) No. 660. Appeal from the Circuit Court of the United States for the Northern District of Georgia. Alex. C. King, for appellee. Dismissed under rule 16 (31 C. C. A. clix., 90 Fed. clix.).

KINGDOM PUB. CO. v. AMERICAN BOOK CO. (Circuit Court of Appeals, Eighth Circuit. December 4, 1899.) No. 1,171. In Error to the Circuit Court of the United States for the District of Minnesota. C. S. Darrow, W. V. Fifield, Henry J. Fletcher, and James C. Fifield, for plaintiff in error. C. S. Jelley, C. D. O'Brien, and Thomas D. O'Brien, for defendant in error. Dismissed, with costs, on motion of defendant in error, pursuant to rule 24 (31 C. C. A. clxiv., 90 Fed. clxiv.).

LA DOW et al. v. PENFIELD. (Circuit Court of Appeals, Sixth Circuit. March 15, 1900.) No. 678. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Gilbert & Hills, for appellants. Kline, Carr, Tolles & Goff, for appellee. No opinion. Decree of circuit court affirmed.

LANGE et al. v. SEITER. (Circuit Court of Appeals, Eighth Circuit. December 5, 1899.) No. 1,207. In Error to the Circuit Court of the United States for the Eastern District of Missouri. William A. Alderson and Clifford B. Allen, for plaintiffs in error. Sterling P. Bond, for defendant in error. Dismissed, with costs, on motion of plaintiffs in error.

LOUISVILLE & N. R. CO. v. CARNEY. (Circuit Court of Appeals, Fifth Circuit. April 16, 1900.) No. 897. In Error to the Circuit Court of the United States for the Northern District of Alabama. Wm. A. Walker, for plaintiff in error. A. O. Lane and Frank S. White, for defendant in error. Writ of error dismissed.

McDONALD v. THOMPSON. (Circuit Court of Appeals, Eighth Circuit. January 24, 1900.) No. 1,329. In Error to the Circuit Court of the United States for the District of Nebraska. Andrew E. Harvey and John H. Ames, for plaintiff in error. Charles E. Magoon and Halleck F. Rose, for defendant in error. Writ of error dismissed, with costs, on motion of plaintiff in error.

McGHEE et al. v. CITY OF MEMPHIS et al. (Circuit Court of Appeals, Sixth Circuit. December 4, 1899.) No. 709. Appeal from the Circuit Court of the United States for the Western District of Tennessee. No opinion. Decree of circuit court affirmed.